

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00453-CV

**IN THE INTEREST OF E.A.C.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-06011
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we DISMISS Mom's claims for conservatorship, possession and access, and enforcement of a child custody order as MOOT.

We REVERSE the trial court's order granting Dad's plea to the jurisdiction with respect to Mom's surviving claims and the award of attorney's fees to Dad, and we REMAND this cause to the trial court.

SIGNED February 15, 2023.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice